■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD E. CRONK, Appellant.—Judgment unanimously affirmed. (See *People ex rel. Woodruff v Mancusi,* 41 AD2d 12.) (Appeal from judgment of Onondaga County Court—burglary, third degree.) Present—Marsh, P. J., Moule, Cardamone, Simons and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES DAVID BISESI, Appellant.—Judgment unanimously affirmed. (See *People ex rel. Woodruff v Mancusi,* 41 AD2d 12.) (Appeal from judgment of Onondaga County Court—possession of forged instrument, second degree.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Dillon, JJ.